# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY L. BUSKIRK,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Case No. 5:22-cv-1826-JDW |
| | : |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, *et al.*,<br>    Defendants. | :<br>:<br>: |

## ORDER

AND NOW, this 14th day of April, 2025, upon consideration of Defendants' Motion To Dismiss Amended Complaint (ECF No. 28), it is **ORDERED** that the Motion is **DENIED** for the reasons stated in the accompanying Memorandum.

                                            **BY THE COURT:**

                                            */s/ Joshua D. Wolson*
                                            **JOSHUA D. WOLSON, J.**