**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GARY L. BUSKIRK,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:22-cv-01826-JDW** |
| | : | |
| **PENNSYLVANIA BOARD OF** | : | |
| **PROBATION AND PAROLE,** ***et al.*****,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 10th day of September, 2026, upon consideration of Defendants' Motion For Summary Judgment (ECF No. 50), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.